Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL CAVANAGH, STEVE GILLES and DAVID HICKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JOSEPH KENNEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; STEVE GILLES, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendant | Case No.:  1:12-CV-01458-AWI-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:         December 10, 2012<br>Time:         1:30 P.M.<br>Courtroom: 2 |

IT IS HEREBY STIPULATED by and between Plaintiff Joseph Kennedy and the Defendants' Kings Mosquito Abatement District, Michael Cavanagh, Steve Gilles and David Hickey, by and through their respective counsel of record, that Defendants' Motion for Judgment on the Pleadings currently scheduled to be heard December 10, 2012 at 1:30 p.m. shall be continued to January 7, 2013 at 1:30 p.m., in order to accommodate counsel for Plaintiff's schedule.

The deadlines for filing opposition and reply to opposition are changed so that the opposition and reply to opposition will be due in accordance with the new hearing date and in accordance with the Federal Rules of Civil Procedure.

**Error! Unknown document property name.**
STIP AND ORDER ON JUDGMENT ON THE PLEADINGS; 1:12-CV-01458-AWI-MJS

1  The hearing will take place on January 7, 2013, at 1:30 p.m., or as soon thereafter as the
2  matter may be heard in Courtroom 2 of the above-entitled Court, located at 2500 Tulare Street,
3  Fresno, CA 93721.
4  SO STIPULATED.

5  Dated:  November 16, 2012                                KAHN, SOARES & CONWAY

7                                                          By:_____
8                                                              Rissa A. Stuart
                                                               Joshua J. Bettencourt
                                                               Attorneys for Plaintiff
9                                                              JOSEPH KENNEDY

11  Dated:  November 16, 2012                               LIEBERT CASSIDY WHITMORE

14                                                          By:  _____
                                                                Jesse J. Maddox
15                                                              Michael E. Lehman
                                                                Attorneys for Defendants
16                                                              KINGS MOSQUITO ABATEMENT
                                                                DISTRICT, MICHAEL
17                                                              CAVANAGH, STEVE GILLES and
                                                                DAVID HICKEY

20  IT IS SO ORDERED.

21  Dated:  November 19, 2012               _____
22                                          UNITED STATES DISTRICT JUDGE

**Error! Unknown document property name.**     2
STIP AND ORDER ON JUDGMENT ON THE PLEADINGS; 1:12-CV-01458-AWI-MJS

Liebert Cassidy Whitmore
A Professional Law Corporation
<5250 North Palm Ave, Suite 310
Fresno, California 93704>