Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:   559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL CAVANAGH, STEVE GILLES and DAVID HICKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| JOSEPH KENNEDY, an individual, | Case No.: 1:12-CV-01458-AWI-MJS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |
| KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; STEVE GILLES, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive, | Date:        December 10, 2012<br>Time:        1:30 P.M.<br>Courtroom: 2 |
| Defendant | |

IT IS HEREBY STIPULATED by and between Plaintiff Joseph Kennedy and the Defendants' Kings Mosquito Abatement District, Michael Cavanagh, Steve Gilles and David Hickey, by and through their respective counsel of record, that Defendants' Motion for Judgment on the Pleadings currently scheduled to be heard December 10, 2012 at 1:30 p.m. shall be continued to January 7, 2013 at 1:30 p.m., in order to accommodate counsel for Plaintiff's schedule.

The deadlines for filing opposition and reply to opposition are changed so that the opposition and reply to opposition will be due in accordance with the new hearing date and in accordance with the Federal Rules of Civil Procedure.

**Error! Unknown document property name.**
STIP AND ORDER ON JUDGMENT ON THE PLEADINGS; 1:12-CV-01458-AWI-MJS

1  The hearing will take place on January 7, 2013, at 1:30 p.m., or as soon thereafter as the
2  matter may be heard in Courtroom 2 of the above-entitled Court, located at 2500 Tulare Street,
3  Fresno, CA 93721.
4  SO STIPULATED.

Dated:  November 16, 2012                           KAHN, SOARES & CONWAY


                                                    By: _____
                                                        Rissa A. Stuart
                                                        Joshua J. Bettencourt
                                                        Attorneys for Plaintiff
                                                        JOSEPH KENNEDY


Dated:  November 16, 2012                           LIEBERT CASSIDY WHITMORE


                                                    By: _____
                                                        Jesse J. Maddox
                                                        Michael E. Lehman
                                                        Attorneys for Defendants
                                                        KINGS MOSQUITO ABATEMENT
                                                        DISTRICT, MICHAEL
                                                        CAVANAGH, STEVE GILLES and
                                                        DAVID HICKEY


IT IS SO ORDERED.

Dated:   November 19, 2012                          _____
                                                    UNITED STATES DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
<5250 North Palm Ave, Suite 310
Fresno, California 93704>

**Error! Unknown document property name.**     2
STIP AND ORDER ON JUDGMENT ON THE PLEADINGS; 1:12-CV-01458-AWI-MJS