# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KENNEDY,<br><br>    **Plaintiff**,<br><br>    v.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; STEVE GILLES, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, Inclusive,<br><br>    **Defendant**s. | 1:12-cv-1458 AWI MJS<br><br>ORDER VACATING HEARING DATE OF JANUARY 7, 2013, AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages, defendants Kings Mosquito Abatement District, and individual defendants Michael Cavanagh, Steve Gilles and David Hickey, (collectively, "Defendants"), have moved for judgment on the pleadings pursuant to Rule 12(c) of the complaint of plaintiff Joseph Kennedy ("Plaintiff"). The matter was scheduled for oral argument to be held on January 7, 2013. The court has reviewed Defendants' motion, Plaintiff's opposition and Defendants' replies and the applicable law and has determined that Defendant's motion is suitable for decision without oral argument. Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 7, 2013, is VACATED, and no party shall appear at that time. As of January 7, 2013, the court will take the matter under submission and will thereafter render a decision.

IT IS SO ORDERED.

Dated:   January 2, 2013                                           
                                                              UNITED STATES DISTRICT JUDGE