# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Kennedy,<br><br>    Plaintiff,<br><br>v.<br><br>Kings Mosquito Abatement District; Michael Cavanagh, an individual; Steve Gilles, an individual; David Hickey, an individual; and Does 1 through 25, inclusive,<br><br>    Defendants. | 1:12-CV-1458 AWI MJS<br><br>ORDER VACATING JUNE 3, 2013 HEARING DATE AND TAKING MOTIONS UNDER SUBMISSION |

    Defendants' motions to dismiss and for a more definite statement have been set for hearing in this case on June 3, 2013.  Plaintiffs have filed oppositions to Defendants' motions.  The Court has reviewed the papers and has determined that these motions are suitable for decision without oral argument.  <u>See</u> Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 3, 2013 is VACATED and the parties shall not appear at that time.  As of June 3, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 30, 2013

                                  SENIOR DISTRICT JUDGE