IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KENNEDY;<br><br>**Plaintiff,**<br><br>vs.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL CAVANAGH, an individual; STEVE GILLES, an individual; DAVID HICKEY, and individual; and DOES 1 through 25,<br><br>**Defendants.** | 1:12-cv-1458 AMI MJS<br><br>**ORDER ON DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT**<br><br>Doc. # 24 |

On May 3, 2013, Defendants Kings County Mosquito Abatement District ("District"), Michael Cavanagh, Steve Gilles, and David Hickey ("Defendants") filed a motion to dismiss portions of Plaintiff's First Amended Complaint ("FAC") and concurrently filed a motion for a more definite statement. The court has addressed Defendants' motion to dismiss portions of Plaintiff's FAC in a separate opinion filed concurrently with this order. The court's Memorandum Opinion and Order on Defendants' Motion to Dismiss (the "Order") granted each subpart of Defendants' motions to dismiss which has the following effect:

1. Plaintiff's claims for discrimination and retaliation under Title VII or under FEHA are now confined to District. The individual Defendants have been dismissed from those claims.

2. Plaintiff's claims for harassment are now confined to Defendants' conduct based on Plaintiff's race. Claims of harassment based on Plaintiff's age or disability have been dismissed.

3. Plaintiff's claims against Defendant Gilles for harassment have been dismissed.
4. Plaintiff's claims for discrimination, retaliation and harassment based on Plaintiff's age have been dismissed as to all Defendants with leave to amend.
5. Plaintiff's claims for failure to accommodate in violation of FEHA and Title VII have been dismissed as to all Defendants with prejudice.
6. Plaintiff's claim for intentional infliction of emotional distress has been dismissed as to all Defendants with prejudice.

The court has reviewed Defendants' motion for a more definite statement, Plaintiff's opposition and Defendants' reply. The court concludes that the issues raised by Defendant have been addressed by the court's Order. The court agrees that the FAC as originally set forth was imprecise and occasionally ambiguous. However, as matters now stand, there is much less ambiguity; District is being sued under FEHA and Title VIII for discrimination and retaliation on the basis of race and disability, Cavanaugh and Hickey are being sued under the same statutes for harassment on the basis of race and District is being sued for failure to address harassment. Finally, District is being sued for discrimination on the basis of disability under ADA.

The court concludes that Plaintiff's FAC, as now clarified by the court's accompanying Order is sufficient to meet the minimum requirements of notice pleading. Plaintiff's motion for a more definite statement will therefore be denied. Because a portion of Plaintiff's FAC was dismissed with leave to amend, and because it is possible that the court has overlooked some other ambiguity in the remaining terms of Plaintiff's FAC, the denial of the motion for a more definite statement is without prejudice.

IT IS SO ORDERED.

Dated:   July 30, 2013                                    _____
                                                                                    SENIOR DISTRICT JUDGE