Rissa A. Stuart #166459
Joshua J. Bettencourt #240221
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile:  (559) 584-3348

Attorneys for: Plaintiff, JOSEPH KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KENNEDY,<br><br>    Plaintiff,<br><br>    vs.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive<br><br>    Defendants. | Case No.  1:12-CV-01458-AWI-MJS<br><br>**ORDER AMENDING SCHEDULING ORDER** |

The Parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Order entered on October 21, 2013, (Document 42) be amended as follows:

| | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | April 18, 2014 | June 1, 2014 |
| Expert Witness Disclosure | April 4, 2014 | June 1, 2014 |
| Expert Witness Discovery Cut-Off | June 6, 2014 | August 1, 2014 |
| Non-Dispositive Motions | June 6, 2014 | August 1, 2014 |

1

1 | All other dates set forth in the Court's October 21, 2013, Scheduling Order shall remain
2 | unchanged.

3
4 | IT IS SO ORDERED.

5 | Dated:    March 24, 2014          /s/ *Michael J. Seng*
6 |                                                      UNITED STATES MAGISTRATE JUDGE