Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants
KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL
CAVANAGH and DAVID HICKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JOSEPH KENNEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  1:12-CV-01458-AWI-MJS<br><br>**ORDER AMENDING SCHEDULING ORDER** |

The Parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Order entered on October 21, 2013, (Document 42) and the Order Amending Scheduling Order entered on March 25, 2014, (Document 48) be amended as follows:

|  | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | June 1, 2014 | December 2, 2014 |
| Expert Witness Disclosure | June 1, 2014 | November 17, 2014 |
| Expert Witness Supplemental/Rebuttal | June 22, 2014 | December 9, 2014 |
| Expert Witness Discovery Cut-Off | August 1, 2014 | February 16, 2015 |
| Filing of Non-Dispositive Motions | August 1, 2014 | February 16, 2014 |

| | | |
|---|---|---|
| Filing of Dispositive Motions | August 22, 2014 | March 30, 2015 |
| Hearing of Dispositive Motions | October 6, 2014 | May 4, 2015 |
| Pretrial Conference | November 19, 2014 | June 24, 2015 |
| Trial | January 13, 2015 | August 11, 2015 |

All other conditions set forth in the Court's October 21, 2013, Scheduling Order shall remain unchanged.

IT IS SO ORDERED.

Dated:   May 21, 2014                        /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704