Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:     559.256.7800
Facsimile:      559.449.4535

Attorneys for Defendants
KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL CAVANAGH and DAVID HICKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTREN DISTRICT OF CALIFORNIA - FRESNO

| JOSEPH KENNEDY,<br><br>    Plaintiff,<br><br>vs.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive<br><br>    Defendants. | Case No.  1:12-CV-01458-AWI-MJS<br><br>ORDER REGARDING PERSONNEL DOCUMENTS PRODUCED |
|---|---|

The parties herein, by and through their counsel, appeared before Magistrate Judge Michael J. Seng on May 9 and June 5, 2014. As a result of the conferences held between counsel and the Magistrate, this order is being drafted to outline the documents to be produced and the parameters of the production. The personnel files of the following individuals shall be produced to Plaintiff's counsel, pursuant to the protective order signed by the Magistrate on or about June 9, 2014: David Bruget; William Bruner; Christopher Damiani; David Hickey; Tami Holley; James Loftis; William Netto; Antonio Piceno; and Ronald Tamayo.

The personnel files, when produced, shall include redactions of any information that identifies the individual whose file is being produced, including, but not limited to their name and social security number, with the exception of the last four digits of each individuals social security number for purposes of tracking the files produced.  Further, personnel files produced for the above employees shall be produced by employee with a colored or distinguished separate page between the beginning and end of each employee file.

No doctors' reports, notes or other medical information, except as may be mentioned in personnel evaluations, are being produced pursuant to this order. The information being produced from Tamie Holley's file includes the investigation reports of T.J. Law and Drummond pursuant to Tamie Holley's grievances against Kings Mosquito Abatement District and Defendant Michael Cavanagh.

The above identified individuals were given the opportunity to object to the production of their personnel file materials and did not object within the time identified in the correspondence sent to them by counsel for Plaintiff and Defendants. Therefore, those individuals have waived any objection to the production of their file materials.

This order is given without prejudice to Plaintiff's counsel seeking further information in the personnel files with the individuals whose files are being produced, including, but not limited to, the identity of the individual whose file materials have been produced. The identity of the individuals will not be produced without further order.

The file materials produced should go back no further than 10 years from the date of this order.

IT IS SO ORDERED.

Dated:   June 11, 2014            /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

ORDER REGARDING PERSONNEL DOCUMENTS PRODUCED