1

2 Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
3 Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
4 LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5 5250 North Palm Ave, Suite 310
Fresno, California 93704
6 Telephone:   559.256.7800
Facsimile:    559.449.4535

7 Attorneys for Defendants
KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL
8 CAVANAGH and DAVID HICKEY

9

10                    UNITED STATES DISTRICT COURT

11          EASTERN DISTRICT OF CALIFORNIA - FRESNO

12 JOSEPH KENNEDY, an individual,        Case No.:  1:12-CV-01458-AWI-MJS

13               Plaintiff,

14        v.                            **ORDER REGARDING PERSONNEL
                                        DOCUMENTS PRODUCED**
15 KINGS MOSQUITO ABATEMENT
DISTRICT; MICHAEL CAVANAGH,
16 an individual; DAVID HICKEY, an
individual; and DOES 1 through 25,
17 inclusive,

18               Defendants.

19        The parties herein, by and through their counsel, appeared before Magistrate

20 Judge Michael J. Seng on May 9 and June 5, 2014.  This Order is to outline, consistently

21 with discussions among counsel and the Magistrate Judge on said dates, further

22 documents to be produced and the parameters of their production, as follows:

23        The personnel files of the following individuals shall be produced to Plaintiff's

24 counsel pursuant to all the terms of the protective order signed by the Magistrate Judge

25 on or about June 17, 2014:  Roger Hedrick; Larrie Lewis; and Aaron Barcellos.  Defense

26 counsel advised these individuals in writing of an opportunity for them to participate in a

27 telephone conference to object to the production of their files and advise the Magistrate

28

**Error! Unknown document property name.**

[PROPOSED] ORDER REGARDING PERSONNEL DOCUMENTS PRODUCED; 1:12-CV-01458-AWI-MJS

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

1   Judge of their basis for so objecting; none availed themselves of that opportunity and so

2   all are presumed to have waived it and any objections they might otherwise have had to

3   production of their files in the manner described.

4          File materials covering a period of time occurring more than ten years prior to the

5   date of this Order shall not be produced.

6          The personnel files, when produced, shall redact the name, social security

7   number and other information identifying  the individual whose file is being produced,

8   with the exception that  the last four digits of each individual's social security number will

9   be included for tracking purposes.

10

11         No doctors' reports, notes or other medical information, except as may be

12   mentioned in personnel evaluations, are being produced pursuant to this order.

13         This Order is without prejudice to Plaintiff's counsel seeking further information in

14   the personnel files of the individuals whose files are being produced, including, but not

15   limited to, the identity of the individual whose files are being produced, but said identity

16   shall not be disclosed without further order of this Court.

17

18   IT IS SO ORDERED.

19

20      Dated:    June 17, 2014            /s/ *Michael J. Seng*

21                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

Liebert Cassidy Whitmore
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704

**Error! Unknown document property name.**                    2