Jesse J. Maddox, Bar No. 219091
jmaddox@lcwlegal.com
Michael E. Lehman, Bar No. 133523
mlehman@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
5250 North Palm Ave, Suite 310
Fresno, California 93704
Telephone:    559.256.7800
Facsimile:    559.449.4535

Attorneys for Defendants
KINGS MOSQUITO ABATEMENT DISTRICT, MICHAEL
CAVANAGH and DAVID HICKEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JOSEPH KENNEDY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 1:12-CV-01458-AWI-MJS<br><br>**ORDER COMPELLING PRODUCTION OF RECORDS AT DEPOSITION OF DEBORAH CAROLAN, M.A., M.F.T.** |

The parties herein, by and through their counsel, appeared via telephone before Magistrate Judge Michael J. Seng on November 18, 2014. The Court considering argument of counsel, hereby orders that Deponent, Deborah Carolan, M.A., M.F.T., produce any and all records in her possession, custody or control regarding the examination, treatment and/or diagnosis of Plaintiff, Joseph Kennedy, DOB April 18, 1967 in the above matter. All records produced shall be subject to the same stipulated protective order that counsel had previously entered into and which the Court has signed in the above matter.

///

///

1  APPROVED AS TO FORM.

2

3  Dated: November 19, 2014                                KAHN, SOARES & CONWAY, LLP

4

5                                                          /s/ RISSA A. STUART
                                                        Rissa A. Stuart
                                                        Attorneys for Plaintiff
6                                                       Joseph Kennedy

7

8                                    **ORDER**

9

10

11  IT IS SO ORDERED.

12    Dated:   November 21, 2014         /s/ *Michael J. Seng*
13                                       UNITED STATES MAGISTRATE JUDGE