1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rissa A. Stuart #166459
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile:  (559) 584-3348

Attorneys for: Plaintiff, JOSEPH KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTREN DISTRICT OF CALIFORNIA

JOSEPH KENNEDY,

     Plaintiff,

     vs.

KINGS MOSQUITO ABATEMENT
DISTRICT; MICHAEL CAVANAGH, an
individual; DAVID HICKEY, an individual;
and DOES 1 through 25, inclusive

     Defendants.

Case No.  1:12-CV-01458-AWI-MJS

**ORDER RE: IDENTIFICATION OF PERSONNEL AS RELATED TO PERSONNEL DOCUMENTS PREVIOUSLY PRODUCED PURSUANT TO THE JUNE 11, 2014, ORDER OF THE COURT**

The parties herein, by and through their counsel, appeared before Magistrate Judge Michael J. Seng on November 18, 2014, regarding Plaintiff's request for further identification related to the personnel records produced by Defendant, District.  As a result of the conferences held between counsel and the Magistrate, this Order is being drafted to outline the information to be produced and the parameters of the same by Defendants.  Specifically, the parties acknowledged that the personnel files of individuals were previously produced by Defendants to Plaintiff's counsel, however, without any identifying information.  Specifically, employee files were produced and identified as Employees 1 through 13.  The court now orders Defendant District to provide Plaintiff with the identification, i.e., the names of the employees previously

1

identified as Employees 1 through 13.  Said information shall be produced and used pursuant to

the Protective Order signed by the Magistrate on or about June 9, 2014.

The individuals identified as employees 1 through 13 were provided with the opportunity

to formally object to this court regarding the production of their personnel files and did not object

within the time identified.  Therefore, these individuals have waived any objection to the

production of their file materials and/or identification by name.

APPROVED AS TO FORM:

DATED:                                    LIEBERT CASSIDY WHITMORE


By:___/s/Michael E. Lehman_____.
     Michael E. Lehman
     Attorneys for Defendants, Kings Mosquito
     Abatement District; Michael Cavanagh, an
     individual; and David Hickey, an individual

**ORDER**

IT IS SO ORDERED.

Dated:    November 21, 2014          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE