UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KENNEDY,<br><br>Plaintiff,<br><br>v.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, AN INDIVIDUAL; DAVID HICKEY, AN INDIVIDUAL, AND DOES 1 THROUGH 25, INCLUSIVE ,<br><br>Defendants. | No. 1:12-CV-01458-AWI-MJS<br><br>**ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT**<br><br>**DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS**<br><br>**(ECF NO. 70)** |

On April 28, 2015, Plaintiff, Joseph Kennedy, notified the Court that the matter has settled in its entirety pursuant to mediation held on April 16, 2015  (ECF No. [70]). In accordance with the provisions of Local Rule 160 (Fed. R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 45 days from the date of this Order. If the parties conclude they cannot comply with this Order within the time allotted, they shall, before expiration of that time, file a request for extension and include therein their reasons for believing the Order cannot be complied with.

Failure to comply with this Order may be grounds for the imposition of sanctions against anyone who contributes to its violation.

1

1 | ALL COURT DATES HERETOFORE SET IN THIS MATTER AS TO
2 | DEFENDANT THRIFTY PAYLESS, INC., ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:   April 29, 2015                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE