Rissa A. Stuart #166459
KAHN, SOARES & CONWAY, LLP
Attorneys at Law
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile:  (559) 584-3348

Attorneys for: Plaintiff, JOSEPH KENNEDY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH KENNEDY,<br><br>    Plaintiff,<br><br>    vs.<br><br>KINGS MOSQUITO ABATEMENT DISTRICT; MICHAEL CAVANAGH, an individual; DAVID HICKEY, an individual; and DOES 1 through 25, inclusive<br><br>    Defendants. | Case No.  1:12-CV-01458-AWI-MJS<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney's fees and costs.  The Clerk of the Court shall CLOSE the CASE.


IT IS SO ORDERED.

Dated:  May 15, 2015                    _____
                                         SENIOR DISTRICT JUDGE

1

F:\WORD\14\14325.00\Pleadings\Proposed Order to Dismiss Action.doc